RECEIVED
APR 2 8 2022
CLERK
U.S. DISTRICT COURT
LINCOLN

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 APR 28 AM 10: 09

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLIE B BUSH JR | ) | case # 4:22CV3070 |
| PLAINTIFF | ) | PETITION FOR DISCRIMINTION and HARASSMENT |
| V. | ) | LAWSUITE |
| DEPRTMENT OF HEAITH | ) | |
| AND HUMAN SERVICES, | ) | |
| Jessica Dryer and her capacity | ) | |
| Defendant | ) | |

    I Charlie B Bush Jr states that I was served with A comply letter in the mail on January -06- 2022 from Jessica Dryer and the Dapartment Of Health and Human Services to complyed with an order that was sent by mail for childsupport. Plaintiff states that he complyed with the order and never recieved another order of its kind. In March plaintiff recieved another letter stated that his license would be supended . Planitiff talk to support case manger Jessica Dryer and stated that he complyed with said order and he's in the middle of getting A job at Anderson Ford. And when Jessica Dryed told plaintiff that he had to pay another payment when she knew plaintiff tryed to ask for away how could he recieve his license back Jessiac Dryer would hangup the phone , plaintiff states that he had this done to him the same way by Jessica Dryer when she worked under Brand Store in the Lancaster County Attorneys office, Plaintiff states that Jessica Dryer is on A stage of Harassing plaintiff like she once did A few years ago, plaintiff states that he did not take any action at that time, but needs to take action now because plaintiff feels like he's been discriminated aganist and continually

being harassed by Jessica Dryer, plaintiff have tryed to get in contact with the director of D.H.H.S and also appeal his case but comes to find out that no appeal been process that plaintiff have filed 30 days ago, D.H.H.S and Jessics Dryer have put plaintiff in danger of having plaintiff arrested by unlawfully taking license, when plaintiff complyed with said order from the D.H.H.S and Jessics Dryer. Plaintiff prays that this Petition be Granted

*Charlie B Bush Jr*

Charlie B Bush Jr

1232 south 16th st apt #1

Lincoln Nebraska 68502

```
                          LANCASTER DISTRICT COURT
                       575 S. 10th Street - 3rd Floor
                    SEPARATE JUVENILE COURT-4th Flc
                             Lincoln, NE 68508
                             (402) 441-7328
```

Date Received    01 18 2022
Case ID          00
Caption

Received From    Charlie Bush
Party


Payment Type     Cash

Amount Received           297.00

                 Associated Support Payor CI 04 0001816
      Description
SDU Account                                    UNA